UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR MERCADO and JOHN MUSCI, *as Trustees for the Victor Mercado Estate*,

Plaintiff,

v.

MARTIN SCHAPPEL,

Defendant.

26-CV-8196 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 20, 2026, the Court ordered Plaintiffs to show cause, no later than November 3, 2026, why this action should not be dismissed without prejudice because, as nonlawyers, they may not bring claims *pro se* on behalf of a trust. Dkt. 7. To date, Plaintiffs have not responded.

No later than November 18, 2026, Plaintiffs shall either file a letter showing cause why this action should not be dismissed or have counsel file a notice of appearance on behalf of the Victor Mercado Estate. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 4, 2026
New York, New York

Ronnie Abrams
United States District Judge